**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNIVERSAL SECURITY AND FIRE, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALPHA ALARM & AUDIO, INC., a California Corporation; and FRANK CHARLES YANEZ, an Individual, <br><br> Defendants. | No: 2:17-cv-00844-TLN-CKD <br><br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL** |

After reviewing the "Request to Seal Documents" submitted by Plaintiff UNIVERSAL SECURITY AND FIRE, INC., in this action, IT IS HEREBY ORDERED that:

1. Exhibits A - R to the Declaration of Dale Haring in support of its Motion for Preliminary Injunction ("Sealed Documents"), shall be sealed.

2. Access to the Sealed Documents shall be limited to the personnel of this Court, counsel of record for Plaintiff, and counsel of record for Defendants.

3. The Sealed Documents shall be permanently sealed.

IT IS SO ORDERED.

Dated: June 12, 2017

Troy L. Nunley
United States District Judge