Jennifer E. Duggan, SBN: 183833
Christina M. Bucci, SBN: 292047
DUGGAN LAW CORPORATION
641 Fulton Ave., Suite 200
Sacramento, CA 95825
Telephone:    916.550.5309
Facsimile:     916.404.5900
jennifer@duggan-law.com

Attorneys for Defendant
FRANK CHARLES YANEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL SECURITY AND FIRE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA ALARM & AUDIO, INC., a California Corporation; FRANK CHARLES YANEZ; and DOES 1 through 30, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-00844-TLN-CKD<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 5, 2017 FOR DEFENDANT, FRANK CHARLES YANEZ TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Hon. Troy L. Nunley |

Pursuant to Civil Local Rule 1, Plaintiff, UNIVERSAL SECURITY AND FIRE, INC. and Defendant, FRANK CHARLES YANEZ, by and through their respective attorneys of record, Omar M. Farooqui, Jennifer E. Duggan, and Christina M. Bucci, stipulate as follows:

1. Defendant, FRANK CHARLES YANEZ is granted an extension of time until July 5, 2017 to respond or otherwise plead in reference to Plaintiff, UNIVERSAL SECURITY AND FIRE INC.'s Complaint;

2. Defendant, FRANK CHARLES YANEZ's response, including, but not limited to any motions to dismiss, motions to compel arbitration, or motions related to personal jurisdiction, will be due no later than July 5, 2017.

/ / /

/ / /

DUGGAN LAW CORPORATION
641 FULTON AVE., SUITE 200A
SACRAMENTO, CA 95825
916.550-5309

STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 5, 2017 FOR DEFENDANT, FRANK CHARLES YANEZ TO RESPOND TO PLAINTIFF'S COMPLAINT

1.

3. The reason for the requested enlargement of time is for the purpose of the parties to meet and confer as to the deficiencies in the operative Complaint without incurring the costs and fees associated with any motions to dismiss, motion to compel arbitration, or motions related to personal jurisdiction;

4. No prior modifications have been made in the case by stipulation or by Court order;

5. The requested time modification should have no effect on the overall schedule for the case.

IT IS SO STIPULATED effective as of June 27, 2017.

Dated: June 27, 2017 **ELLAHIE & FAROOQUI, LLP**

By: */s/ Omar M. Farooqui* _____
   Omar M. Farooqui
   Attorneys for Plaintiff,
   UNIVERSAL SECURITY AND FIRE, INC.

Dated: June 27, 2017 **DUGGAN LAW CORPORATION**

By: /s/ *Christina M. Bucci* _____
   Jennifer E. Duggan
   Christina M. Bucci
   Attorneys for Defendant,
   FRANK CHARLES YANEZ

Duggan Law Corporation
641 Fulton Ave., Suite 200A
Sacramento, CA 95825
916.550-5309

STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 5, 2017 FOR DEFENDANT, FRANK CHARLES YANEZ TO RESPOND TO PLAINTIFF'S COMPLAINT

2.

## ATTESTATION OF CONCURRENCE

I, Christina M. Bucci, attest that I am one of the attorneys for Defendant, FRANK CHARLES YANEZ. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: June 27, 2017    **DUGGAN LAW CORPORATION**

By: */s/ Christina M. Bucci*_____
Jennifer E. Duggan
Christina M. Bucci
Attorneys for Defendant,
FRANK CHARLES YANEZ

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, FRANK CHARLES YANEZ, hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on June 27, 2017.

Dated: June 27, 2017    **DUGGAN LAW CORPORATION**

By: */s/ Christina M. Bucci*_____
Jennifer E. Duggan
Christina M. Bucci
Attorneys for Defendant,
FRANK CHARLES YANEZ

Duggan Law Corporation
641 Fulton Ave., Suite 200A
Sacramento, CA 95825
916.550-5309

STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 5, 2017 FOR DEFENDANT, FRANK CHARLES YANEZ TO RESPOND TO PLAINTIFF'S COMPLAINT

3.

# **ORDER**

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Defendant, FRANK CHARLES YANEZ is ordered to file his response to Plaintiff, UNIVERSAL SECURITY AND FIRE, INC.'s Complaint, including, but not limited to, any motions to dismiss, motions to compel arbitration, or motions related to personal jurisdiction, no later than July 5, 2017

Dated: June 27, 2017

_____
Troy L. Nunley
United States District Judge

Duggan Law Corporation
641 Fulton Ave., Suite 200A
Sacramento, CA 95825
916.550.5309

STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 5, 2017 FOR DEFENDANT, FRANK CHARLES YANEZ TO RESPOND TO PLAINTIFF'S COMPLAINT

4.